```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

JESSICA GORDY                                              PLAINTIFF

      v.            Civil No. 12-5189

WASHINGTON COUNTY
DETENTION CENTER                                           DEFENDANT

<u>**O R D E R**</u>

Now on this 30th day of October, 2012, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #5), filed on October 10, 2012, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #5) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is **dismissed with prejudice** based on plaintiff's failure to obey the orders of the Court and her failure to prosecute this action.

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                               **JIMM LARRY HENDREN**
                                               **UNITED STATES DISTRICT JUDGE**